```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07
```

LSK&D #: 579-7057 / sss590

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x
WOLDEKIROS HAILE and TSIGE HAILE,

                     Plaintiffs,

-against-

DENNIS P. HAGGERTY, PENSKE TRUCK
LEASING CO., L.P. and EXCEL DIRECT INC.,

                     Defendant.
---------------------------------------------x

Index No.: 07 CIV 8516

JUDGE PATTERSON

STIPULATION AND
ORDER EXTENDING
TIME TO RESPOND TO
COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that defendants DENNIS P. HAGGERTY, PENSKE TRUCK LEASING CO., L.P. and EXCEL DIRECT INC. will have up to and including December 31, 2007 to answer, move, or otherwise respond to the Complaint in the above-captioned action.

IT IS FURTHER STIPULATED AND AGREED that facsimile signatures on this Stipulation shall have the same effect as original signatures.

Dated: New York, New York
         November 1, 2007

_____
Todd A. Restivo
Law Offices of TODD A. RESTIVO
100 Quentin Roosevelt Boulevard, Ste. 106
Garden City, New York 11530
Attorney for Plaintiffs
(516) 489-0800

_____
Felice J. Cognola (FJC-6490)
LESTER SCHWAB KATZ & DWYER, LLP
120 Broadway
New York, New York 10271
Attorneys for Defendants
DENNIS P. HAGGERTY, PENSKE TRUCK
LEASING CO., L.P. and EXCEL DIRECT
INC.
(212) 964-6611

So Ordered:

_____
United States District Judge

11/2/07
(Date)