# LAW OFFICES OF TODD A. RESTIVO, P.C.

GARDEN CITY CENTER
100 QUENTIN ROOSEVELT BLVD, SUITE 106
GARDEN CITY, NEW YORK 11530
(516) 489-0800
FAX: (516) 683-8732

TODD A. RESTIVO

LONNEKE E. VAN HEYST

FRANK M. NIGRO
ALBERT ZAFONTE, JR.
ROBERT H. JEWELL
OF COUNSEL

**RECEIVED DEC -6 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON**

**MEMO ENDORSED**

VIA FACSIMILE: 212-805-7917

December 6, 2007

Hon. Judge Robert P. Patterson, Jr.
US District Court
Southern District of New York
40 Foley Square
New York, NY 10007-1581

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

Re: Haile & Haile v. Haggerty & Penske Truck Leasing
Index No.: 07 CIV 8516
Docket No. 8516/2007 (RPP)
Our File No. 1508

Hon. Judge Patterson:

Please be advised that the above referenced matter has been settled. As this is on the Court Calendar for tomorrow, December 7, 2007, it is kindly requested that this case be removed from the Court's calendar.

Closing documents have been forward to our clients and the Stipulation of Discontinuance will be forwarded to defendants' counsel upon receipt of fully executed closing documents.

Thank you for your courtesy in this matter.

Respectfully submitted,
TODD A. RESTIVO

*Diane Engel*
Diane Engel
Legal Assistant

TR/DME
cc: Felice J. Cotignola – Via Facsimile: 212-267-5916
    Lester, Schwab, Katz & Dwyer

*Application granted. The parties are to execute a stipulation of discontinuance by 12/20/07.*
*So ordered*
*Robert P. Patterson USDJ*
*12/6/07*