FEB - 7 2008

CHAMP S OF
JUDGE PATTERSO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WOLDEKIROS HAILE and TSIGE HAILE,

                                    Plaintiffs,

-against-

DENNIS P. HAGGERTY, PENSKE TRUCK LEASING
CO, L.P. and EXEL DIRECT INC.,

                                    Defendants.
----------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

07 cv 8516 (RPP)

Index No.: ~~8516/2007~~

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action, having been settled, be, and the same hereby is, discontinued, with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated:    GARDEN CITY, NEW YORK
             December 13, 2007

_____
TODD A. RESTIVO
The Law Offices of Todd A. Restivo, P.C.
Attorneys for Plaintiff(s)
TSIGE EGZIABHER HAILE AND
WOLDEKIROS HAILE
Garden City Center
100 Quentin Roosevelt Boulevard
Suite 106
Garden City, New York 11530
516-489-0800
Our File No. 1508

_____
FELICE J. COTIGNOLA
Lester, Schwab, Katz & Dwyer
Attorneys for Defendant(s)
DENNIS P. HAGGERTY,
PENSKE TRUCK LEASING CO, L.P. and
EXEL INC
120 Broadway
Thirty Eighth Floor
New York, New York 10271-0071
212-964-6611

So ordered

[signature] Robert P. Patterson

2/7/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08